UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself        Case No. 122-cv-06691
and all others similarly situated,
                        Plaintiffs,
                                                      **NOTICE OF VOLUNTARY**
                                                        **DISMISSAL**
              -against-                               **WITH PREJUDICE**

CANCOS TILE CORPORATION      Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
        Feb. 10, 2023

                                                           Respectfully Submitted,

                                                           /s/ *Noor A. Saab*
                                                           By: Noor A. Saab Esq.
                                                           *Attorney for Plaintiff*
**So Ordered.**                                        380 North Broadway, Ste 300
s/Nicholas G. Garaufis                       Jericho, New York 11753
**Hon. Nicholas G. Garaufis**             Tel: 718-740-5060
**Date:** 2/10/23                                     Fax: 718-709-5912